No. 03–1173. MASON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–9577 (03A812). WICKLINE v. MITCHELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

No. 03–7024. HARRIS v. UNITED STATES, 540 U. S. 1062;

No. 03–7055. CLAIBORNE v. HENDERSON ET AL., 540 U. S. 1116;

No. 03–7075. GARNETT v. PAYNE ET AL., 540 U. S. 1117;

No. 03–7094. BROOKS v. NIX, CHAIRMAN, GEORGIA BOARD OF PARDONS AND PAROLES, ET AL., 540 U. S. 1118;

No. 03–7211. SMITH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 540 U. S. 1120;

No. 03–7352. CHUA-ZULUETA v. ASHCROFT, ATTORNEY GENERAL, 540 U. S. 1124;

No. 03–7426. HENDROCK v. GILBERT, 540 U. S. 1152;

No. 03–7532. ATKINSON v. UNITED STATES, 540 U. S. 1127;

No. 03–7533. LUCZAK v. MOTE, WARDEN, 540 U. S. 1154;

No. 03–7847. WATSON v. OHIO, 540 U. S. 1165; and

No. 03–7898. SLATER v. UNITED STATES, 540 U. S. 1140. Petitions for rehearing denied.

MARCH 31, 2004

No. 03A826. ORBE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 03A827. ORBE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.